# UNITED STATES DISTRICT COURT
## for the
## Middle District of Louisiana

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 JUL 22 A 10: 18

United States of America )
v. )
Lorenzo Mackie )  Case No:  3:04CR00169-001
) USM No:  04267-095
Date of Previous Judgment: 6/2/2005 ) Jean M. Faria
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  [ ] the defendant   [ ] the Director of the Bureau of Prisons   [x] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [x] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  80  months **is reduced to**  70 months  .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level:  29         Amended Offense Level:  27
Criminal History Category:  II         Criminal History Category:  II
Previous Guideline Range:  97 to 121 months    Amended Guideline Range:  78 to 97 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ]  The reduced sentence is within the amended guideline range.
[x]  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ]  Other

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  6/2/2005  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  July 21 ,2008

Effective Date: _____
(if different from order date)

Ralph E. Tyson, Chief Judge
Printed name and title